IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANNON TAYLOR, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>TRUSTED MEDIA BRANDS, INC.,<br><br>       Defendant. | Civil Action No.: 16-cv-01707<br><br>**STATEMENT OF RELATED CASE** |

   PLEASE TAKE NOTICE that pursuant to Local Civil Rule 1.6(a) and Local Rule 13 of the Division of Business Among Judges, this action is related to another case entitled *Suzanne Boelter v. Advance Magazine Publishers, Inc. d/b/a Condé Nast*, Civil Action No. 15-cv-05671 (S.D.N.Y.).

   These cases are related because they are based on similar violations of the same statute, and involve substantially the same questions of law. In *Boelter*, the plaintiff alleges that Defendant Advance Magazine Publishers, Inc. d/b/a Condé Nast unlawfully sells and otherwise discloses its subscribers' personal information in violation of the Michigan Preservation of Personal Privacy Act, M.C.L. §§ 445.1711, *et seq.* (the "PPPA").

   Here, the plaintiff alleges that Defendant Trusted Media Brands, Inc. unlawfully sells and otherwise discloses its subscribers' personal information in violation of the PPPA. Thus, both cases involve magazine publishers' substantially similar alleged violations of the PPPA.

Dated:  March 8, 2016                               Respectfully submitted,

                **BURSOR & FISHER, P.A.**


                By:   */s/ Joseph I. Marchese*
                   Joseph I. Marchese

Scott A. Bursor
Joseph I. Marchese
Philip L. Fraietta
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
Email:  scott@bursor.com
   jmarchese@bursor.com
   pfraietta@bursor.com

*Attorneys for Plaintiff*