**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHANNON TAYLOR, individually and on behalf of all others similarly situated, <br><br>                   Plaintiff, <br>     v. <br><br> TRUSTED MEDIA BRANDS, INC., <br><br>                 Defendant. | Civil Action No. 16-CV-01707 (LAK) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Shannon Taylor

hereby dismisses without prejudice all claims against Trusted Media Brands, Inc.


Dated: New York, New York
       March 10, 2016


                                          */s/ Philip L. Fraietta*
                                       Philip L. Fraietta

                                  **BURSOR & FISHER, P.A.**

                                  Scott A. Bursor
                                  Joseph I. Marchese
                                  Philip L. Fraietta
                                  888 Seventh Avenue
                                  New York, New York 10019
                                  Telephone: (646) 837-7150
                                  Facsimile: (212) 989-9163
                                  Email: scott@bursor.com
                                           jmarchese@bursor.com
                                           pfraietta@bursor.com

                                  *Attorneys for Plaintiff*